Submitted June 3—decided June 11, 1974

LINDA DELLACAMERA *v*. LOUIS DELLACAMERA

The plaintiff's motion for permission to file typewritten copies of her brief and appendix in the appeal from the Superior Court in New Haven

County is granted provided the brief and appendix are clearly legible and comply with the other requirements of Practice Book §§ 723 and 724, as amended.

*Penn Rhodin,* in support of the motion.

Submitted June 4—decided June 11, 1974